IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | [WO] |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to object filed by the plaintiff on January 18, 2006 (Court Doc. No. 5), which the court construes as a motion for leave to file objections, and as leave of court is unnecessary for a party's submission of objections, it is

ORDERED that this motion be and is hereby DENIED as moot. The Clerk is hereby DIRECTED to docket Document No. 5 as the plaintiff's objections to the Recommendation entered on January 9, 2006.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE