IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, AIS #146853, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1203-MHT ) |
| KATHY HOLT, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon review of the documents filed by the plaintiff in this case, and for good cause, it is

ORDERED that:

1. The Recommendation entered on January 9, 2006 (Court Doc. No. 4) be and is hereby WITHDRAWN.

2. On or before February 1, 2006, the plaintiff shall file an amendment to his complaint which advises the court of whether his current incarceration is based upon the split sentence imposed upon him for escape by the Circuit Court of Montgomery County, Alabama on March 9, 1995.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE