In the District Court of the United States for
The Middle District of Ala Northern Division

Roderick Leonanda Wilde
AIS #146853                         Plaintiff        Civil Action No 2:05-CV-
                                                      1203-MHT
V                                                     [WO]
Kathy Holt, et al. Defendants


## Amend Compliant

Upon the order of the magistrate Judge Susan Walker the plaintiff hereby submitts and amends compliant hereto with specifics to verify that the plaintiff current incarceration is not base upon the split sentence imposed upon him for escape by the circuit court of Montg. Ala

The plaintiff current sentence is a 15 split 3 imposed upon him for Burgulary III by the circuit court of Jefferson county.

The plaintiffs current sentence of 15 yrs split 3 yrs is concurrently being served with the remainder of the split portion of and from the sentence for escape by the circuit court of Mont. Ala. In addition with a 20 yr for theft of property I, breaking and entering in unlawful vehicle 20 yr which is the controlling sentence to be served.

Here again the plaintiff current incarceration is not based upon the split sentence for time imposed upon him from the circuit judge of Montg. circuit court.

The causes for which this complaint is issued because the State of Ala force the plaintiff to serve the split portion of his March 9th 1995 split sentence twice for which was served once in 1997 and from 7-7-2003 to 3-19-2005 in violation of Plaintiff constitutionals rights.

Done this 28th of Jan 2006

Respectfully Submitted

Roderick L. Moore
Roderick L. Moore