In the District Court of The United States
For The Middle District of Alabama Northern Division

RECEIVED

2006 FEB -9  A 10:06

Roderick Leonard Moore,
AIS # 146853,

                          Civil Action 2:05-CV-
                          1203-MHT
                              [WO]

Kathy Holt, et al.,
            Defendants

Objection

Come now the Plaintiff Roderick L. Moore (Pro-se)
in the above style and cause moves to object
in the findings of the Recommendation of the
Magistrate Judge Susan R. Walker for good
cause as reasons herein stated.

On or about 12/6/05 the Plaintiff brought on
a civil complaint under a 1983 alleging
that his constitutional right had been violated
because the split sentence imposed upon him
was served twice.
The Plaintiff contends that in March of 1995
the Circuit Court of Monto. Co. Ala. entered a con-
viction against him for escape and imposed a
15 year sentence split 2 year to serve.
That the mandatory 2 years term was served
from March 9, 1995 until March 9, 1997, prior to

to being released on parole in Jan. of 1998.
On or about 5/13/98 the Plaintiff was rearr-
ested on a new charge of recieving stolen property.
I and declared delinquent. On 7-7-2003
the Plaintiff was granted parole again on the
new sentence but was not released because
the sentence of March 9 1995 for escape
is split 2yrs was being reinforced mandatorily
After completion of serving the 2yrs split
of the March 9 1995 sentence for escape again
from 7-7-03 the plaintiff was released on
parole once again.

The Plaintiff objection to the recommendation of
the magistrate judge is of good cause because
the court construdes that the Plaintiffs
incarceration is imporoder because he being
forced to serve the same time twice on his
mandatory 15 split 2 yr.

The Plaintiff reiterates as before in his
initial compliant that the basis for which
this cause of action is brought is for damages
incured as a result of having been forced to serve twice
a 2yr portion of a 15yr sentence that has
been honored against his constitutional rights.
The Plaintiff contends that the claim presented
to this court does not goes into the fundamentally
legality of his conviction but rather into the in-
validation of time served twice that was only

mandatorily required to be served once.
More specifically this honorable court is
error of interpreting the plaintiffs complaint
as being forced as opposed to been forced
once in march of 1995 untill 1997 and
again in the month of July of 2003 untill
march 19, 2,005 before finally being released again.
The plaintiff does not challenges the legality
of his sentence but rather only the violation of
the constitution by which he has been forced
to serve twice the 2 yr portion of his
march 9, 1995 15yrs. split 2 for escape
imposed from the circuit court of Montg. Ala.
The again the plaintiff objection is with
good cause as the claim brought on under
1983 is for the split portion only of his
escape sentence that has been served twice
already. [Please review initial compliant
and amended compliant.]
The plaintiff objects to the standards of
law illustrated in Heck v. Humphrey 512 US.
477 (1994) Preisen v. Rodriguez 411 US.
475,500 (1973) and Edwards v. Balisok
520 US,641 646 (1997) as having no force
by which the plaintiff sought to gain relief
in his claim brought on in his 1983 compliant.
The plaintiff contend that a 1983 is the
proper vehicle and not a habeas corpus for

for which relief is to be remedied,
WHEREFORE the Plaintiff prays that the honorable court
will overrule the MAGISTRATE Judge Susan
WALKER Recommendation and allow the plaintiff
to proceed in good faith with good cause.
Done this the ___9th___ of ___Feb___ 2006

Respectfully Submitted

Roderick Moore
Roderick Moore