IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon review of the objection filed by the plaintiff on February 9, 2006 (Court Doc. No. 10), and for good cause, it is

ORDERED that the Recommendation entered on February 1, 2006 (Court Doc. No. 9) be and is hereby WITHDRAWN.

DONE, this 10th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE