IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RODERICK LEONANDRA MOORE** <br> **AIS #146853,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| v. | ) CIVIL ACTION NO. 2:05-cv-1203-MHT <br> ) |
| **KATHY HOLT, et al.,** | ) <br> ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, by and through undersigned counsel in the above-styled cause, and file this request for a twenty (20) day extension of time in which to file their Special Report, stating as follows:

1. That the undersigned has directed the appropriate institutional staff member to gather responsive exhibits to be included within the Special Report.

2. That the undersigned does not anticipate receiving such affidavit(s) and/or exhibits in time to file this report in accordance with the Order entered on February 10, 2006.

3. That the undersigned needs additional time to receive and review request affidavits and/or exhibits from the institution to include in the Special Report.

4. That an extension of twenty (20) days to file this Special Report would not unduly prejudice the Plaintiff.

**1**

          **Respectfully submitted,**

          **KIM T. THOMAS**
          **DEPUTY ATTORNEY GENERAL**
          **GENERAL COUNSEL**


          **/s/   Tara   S.   Knee**

          **TARA S. KNEE**
          **ASSISTANT ATTORNEY GENERAL**
          **ASSISTANT GENERAL COUNSEL**


**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3881


         **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing pleading upon:

Roderick Leonandra Moore
AIS # 146853
Bibb County Correctional Facility
565 Bibb Lane
Brent, AL. 35023

by placing same in the United States Mail, first class postage prepaid, and properly addressed March 16, 2006.


         **/S/ Tara S. Knee**
         TARA S. KNEE (KNE003)
         ASSISTANT GENERAL COUNSEL