```
                         DISPLAY INMATE SUMMARY DATA        ** PRODUCTION **
 06/APR/2006      10:32:05      CDSUM       499    L-TARA        CDSUM01      604
---------------------------------------------------------------------------------
 AIS: 00146853A   INMATE: MOORE, RODERICK LEONANDRA         RACE: B   SEX:  M

 INST: 037-BIBB COUNTY CORRECTIONAL FAC.    JAIL CR: 0043D  DOB: 07/24/1964
 SSN: 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 PAR CONS DT: 04/2008   CURR CUST: MED9   CURR CUST DT:10/27/2005
 ALIAS: "TRAIN",                         ALIAS: LEON, RODERICK
 ADM TP: NEW COMIT FROM CRT W/REV OF P   STATUS: PAROLE REVOKED
 INIT SENT DT:02/22/1991 ADM DT: 06/07/2005 DEAD TIME: 00Y 00M 00D
                                 N                                          TY
 COUNTY      SENT DT    CASE    L CRIME                          TERM       PE
 JEFFERSON  10/18/1990  003877  Y THEFT OF PROPERTY I        *  05Y00M00D   CS
 JEFFERSON  10/18/1990  001802  Y THEFT OF PROPERTY II       *  05Y00M00D   CC
 JEFFERSON  02/22/1991  000245  Y UNLAW BREAKING AND ENTERING VEH  20Y00M00D   CC
 JEFFERSON  02/22/1991  000246  Y ATT TO CMIT THEFT OF PROPERTY I  20Y00M00D   CC
 JEFFERSON  02/22/1991  000247  Y BURGLARY III                 20Y00M00D   CC
                   MORE DATA AVAILABLE
 INMATE HAS 007DISCIPLINARIES RESULTING IN LOSS OF 000Y00M00D OF GOOD TIME.
 INMATE HAS 031TRANSFER RECORDS ON FILE.
 INMATE HAS 00 DETAINER/WARRANT RECORDS ON FILE.
  TOTAL  TERM  REV GOOD TIME  MIN REL DT   TOT GOOD TIME  SHORT DATE  LONG DATE
 020Y 00M 00D   000Y 00M 00D   01/08/2011  000Y 00M 00D   01/08/2011  01/08/2011
                      **TRANSMIT TO CONTINUE**
```



DEFENDANT'S EXHIBIT 1

```
 06/APR/2006       10:32:19       CDSUM      499                    CDSUM02      605
-------------------------------------------------------------------------------
COUNTY        SENT DT   CASE    NL CRIME                          TERM       TYPE
JEFFERSON   06/05/1998 006083  Y  RECV STOLEN PROPERTY I      * 15Y00M00D   CC
MONTGOMERY  07/12/2005 002670  Y  ESCAPE II                     15Y00M00D   CC
JEFFERSON   06/02/2005 004927  Y  BURGLARY III                  03Y00M00D   CC




                          NO MORE RCDS THIS TYPE AVAIL
```