IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Roderick Leonandra Moore, AIS No. 146853 )<br>Plaintiff )<br> )<br>vs. )<br> )<br>Kathy Holt, et al. )<br>Defendant ) | CASE NO. 2:05-CV-1203-MHT |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street, Montgomery, Alabama 36104.

This is to certify that Inmate Moore AIS No. 146853 was sentenced on March 9, 2005 to a term of fifteen years split to serve two years with 107 days of jail credit (See Attachment #1). According to Code of Alabama §14-3-38, an inmate sentenced to two or more consecutive convictions will begin the second subsequent term on the expiration of the preceding term. Being a consecutive split, the date this sentence began was July 7, 2003 when he was paroled (See Attachments #2, #3 and #4). An amendment was prepared by the Montgomery County Circuit Court Clerk on August 22, 2003 and received at the Alabama Department of Corrections, Central Records Division on August 25, 2003 on CC1994-2670 (See Attachment #5) to run case concurrent with CC1991-247. On March 19, 2005 Inmate Moore was released to probation on CC1994-2670 (See Attachment #6). Inmate Moore was declared delinquent May 31, 2005 (See Attachment #7) and revoked July 12, 2005 (See Attachment #8) to serve the total term of fifteen years, less any pre-time served. At this time all cases are running concurrently. Jail credit is not aggregated on concurrent cases. Additionally, an inmate is discharged at the expiration of the longest term of confinement on concurrent cases according to Code of Alabama §14-3-38. Case CC1991-245 is the controlling case with a term of twenty years and 47 days of jail credit. Therefore, Inmate Moore's minimum release date of January 8, 2011 is correct. See time computation below and attached inmate summary.



```
  2 – 22 – 1991
+          20   term
  2 - 21 – 2011
- 1    13       jail credit
  1 – 8 - 2011  Minimum Release Date
```

_[signature: Kathy Holt]_
KATHY HOLT
Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 30th DAY OF DECEMBER 2005

_[signature: Kimberly Whitney]_
KIMBERLY WHITNEY, NOTARY PUBLIC
State of Alabama at Large
My Commission Expires October 27, 2009

cc:   ICPF

TO:   Tara Knee, Legal Division

Attachment #1

```
ACS359                  ALABAMA JUDICIAL DATA CENTER
                            MONTGOMERY COUNTY
                            TRANSCRIPT OF RECORD
                            CONVICTION REPORT
                                                    CC 94 002670.00
                                                    EUGENE W. REESE
```

| | |
|---|---|
| CIRCUIT COURT OF MONTGOMERY COUNTY | COURT ORI: 003045 J |
| STATE OF ALABAMA         VS. | DC NO: 0000000000 |
| MOORE RODERICK           ALIAS: | G J: 115 |
| MONTG. CBF               ALIAS: | |
| P.O. BOX 75 | SID: 000972734 |
| MT. MEIGS   AL   00000 | AIS: 146853A |

DOB: 07/24/64   SEX: M   HT: 0 00   WT: 000   HAIR:        EYE:

RACE: ( )W (X)B ( )O   COMPLEXION: ____   AGE: ____   FEATURES: ____

DATE OFFENSE: 00/00/00   ARREST DATE: 11/23/94   ARREST ORI:

CHARGES @ CONV                CITES              OFF CLASS: ( )A ( )B (X)C
ESCAPE 2ND DEGREE           13A-010-032

JUDGE: EUGENE W. REESE   0319   PROSECUTOR: MAYER, JOHN WILLIAM

PROBATION APPLIED   GRANTED   DATE         REARRESTED DATE   REVOKED DATE
(X)Y( )N    02/15/95  (X)Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

ACT 754-76              IMPOSED     SUSPENDED     TOTAL      JAIL CREDIT
(X)Y ( )N   CONFINEMENT: 02 00 000   13 00 000   15 00 000   00 00 107
            PROBATION :  03 00 000               03 00 000

DATE SENTENCED: 03/09/95   SENTENCE BEGINS:   03/09/95

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| COURT COSTS | RESTITUTION | $0.00 | $0.00 |
| CRIME VICTIM | ATTORNEY FEE | $150.00 | $150.00 |
| RECOUPMENT | CRIME VICTIMS | $50.00 | $50.00 |
| PENITENTIARY | COST | $200.00 | $200.00 |
| HABITUAL OFDR | FINE | $0.00 | $0.00 |
| SPLIT SENTENC | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | TOTAL | $400.00 | $400.00 |

APPEAL DATE     SUSPENDED     AFFIRMED     REARREST
( )Y( )N ____   ( )Y( )N ____   ( )Y( )N ____   ( )Y( )N ____

REMARKS:  146853A                   THIS IS TO CERTIFY THAT THE
                                    ABOVE INFORMATION WAS EXTRACTED
                                    FROM OFFICIAL COURT RECORDS AND
                                    AND IS TRUE AND CORRECT.
REVIEW PRIOR TO RELEASE. 50% OF MONIES TO COURT.

                                    *Debra P. Hackett*
                    ENTERED TERMINALS    DEBRA P. HACKETT (CC)
  ACC              DATE 3-20-95 BY RB    03/16/95

OPERATOR: DOD
PREPARED: 03/16/95           cy to BT



# State Board of Pardons and Paroles
## Montgomery, Alabama

# Certificate of Parole

KNOW ALL MEN BY THESE PRESENTS:

It having been made to appear to the Alabama State Board of Pardons and Paroles that **Roderick Leonandra Moore #146853A**, is eligible to be PAROLED, and that there is a reasonable probability that said prisoner WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the said State Board of Pardons and Paroles that the release of this prisoner is not incompatible with the welfare of society, and it appearing further that the Board is satisfied that this prisoner will not become a public charge on release, but will be suitably employed at **To DOC custody**, and will live at **To DOC custody**, and shall continue in the same until he obtains the permission of his Parole Officer to make a change. He shall go directly to **DOC** and report immediately upon arrival to his Parole Officer at **Alabama DOC**.

It is therefore ORDERED that said prisoner be, and is, hereby paroled pending good behavior under supervision subject to the specific conditions of parole listed on the reverse side of this Order.

In witness whereof this Certificate bearing the seal of the State Board of Pardons and Paroles is issued this the **7th** day of **July** 20**03**.

By Order of:

STATE BOARD OF PARDONS AND PAROLES

_William C. Segrest_
Executive Director



**BOB RILEY**
GOVERNOR

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

**DONAL CAMPBELL**
COMMISSIONER

July 2, 2003

# MEMORANDUM

TO: Business Manager
Bibb County Correctional Facility

FROM: Kathy Holt
Assistant Director, Central Records Office

RE: Roderick Moore, AIS #146853

The above named inmate has been paroled by the State Board of Pardons and Paroles to the Alabama Department of Corrections. Inmate Moore has a consecutive split sentence that has yet to be served. Upon signing the parole papers, Inmate Moore will not be released; however, he will remain in the custody of the Department of Corrections to begin serving his split sentence CC-95-2670.

/kh

cc: ICRF

ENTERED TERMINAL
DATE 7/8/03 BY CL

**DATE:** July 2, 2003

**TO:** Betty Teague
Director-Central Records Office

**FROM:** Bill Segrest
Executive Director

**RE:** **Roderick Leonandra Moore #146853A**

Due to our new policies and procedures when the Board grants parole to a person who has a Consecutive Split Sentence that has not been completed, the Board will be paroling to the Department of Corrections' custody for him to serve the consecutive split sentence. The above named inmate is one of these cases. The Board is paroling him to serve his consecutive split sentence.

dvs

```
ACR359                ALABAMA JUDICIAL DATA CENTER
                          MONTGOMERY COUNTY
                          TRANSCRIPT OF RECORD
                          CONVICTION REPORT
**AMENDED**                                CC 1994 002670.00 01
                                           EUGENE W. REESE
-----------------------------------------------------------------
| CIRCUIT COURT OF MONTGOMERY COUNTY    | COURT ORI: 003045 J   |
|---------------------------------------|-----------------------|
| STATE OF ALABAMA     VS.              | DC NO:  0000 000000.00|
| MOORE RODERICK       ALIAS:           | G J:    115           |
| MONTG. CBF           ALIAS:           |                       |
| P.O. BOX 75                           | SID:    000972734     |
| MT. MEIGS  AL  00000                  | AIS:    146853A       |
|---------------------------------------------------------------|
| DOB: 07/24/1964   SEX: M   HT: 0 00   WT: 000   HAIR:    EYE: |
| RACE: ( )W (X)B ( )O   COMPLEXION: ____  AGE: ___  FEATURES:  |
|---------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000   ARREST DATE: 11/23/1994  ARREST ORI:|
|---------------------------------------------------------------|
| CHARGES @ CONV       CITES           CT CL COURT ACTION   CA DATE|
| ESCAPE 2ND DEGREE    13A-010-032     01 C  GUILTY PLEA    02/15/1995|
|                                      00                   00/00/0000|
|                                      00                   00/00/0000|
|---------------------------------------------------------------|
| JUDGE: EUGENE W. REESE         PROSECUTOR: MAYER JOHN WILLIAM |
|---------------------------------------------------------------|
| PROBATION APPLIED  GRANTED  DATE    REARRESTED DATE  REVOKED DATE|
| (X)Y( )N  02151995 ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N  |
|---------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL      JAIL CREDIT|
|  (X)Y ( )N   CONFINEMENT:   02 00 000  13 00 000    15 00 000  00 00 107 |
|              PROBATION   :  03 00 000               03 00 000  |
| DATE SENTENCED: 03/09/1995   SENTENCE BEGINS: 03/09/1995       |
|---------------------------------------------------------------|
| PROVISIONS              COSTS/RESTITUTION   DUE        ORDERED |
|                                                                |
|  PENITENTIARY           RESTITUTION         $0.00       $0.00  |
|  CONCURR SENT           ATTORNEY FEE        $150.00     $150.00|
|  HABITUAL OFDR          CRIME VICTIMS       $50.00      $50.00 |
|  SPLIT SENTENC          COST                $200.00     $200.00|
|                         FINE                $0.00       $0.00  |
|                         MUNICIPAL FEES      $0.00       $0.00  |
|                         DRUG FEES           $0.00       $0.00  |
|                         ADDTL DEFENDANT     $0.00       $0.00  |
| **AMENDED TRANSCRIPT**  DA FEES             $0.00       $0.00  |
|                         COLLECTION ACCT     $0.00       $0.00  |
|                         JAIL FEES           $0.00       $0.00  |
|                         TOTAL               $400.00     $400.00|
|---------------------------------------------------------------|
| APPEAL DATE      SUSPENDED        AFFIRMED         REARREST    |
| ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N __|
|---------------------------------------------------------------|
| REMARKS:                        THIS IS TO CERTIFY THAT THE    |
|                                 ABOVE INFORMATION WAS EXTRACTED|
|                                 FROM OFFICIAL COURT RECORDS    |
|                                 AND IS TRUE AND CORRECT.       |
| (AMENDED)                                                      |
| SENT IN THIS CASE TO RUN CC W/ JEFFERSON COUNTY SENTENCE IN CASE NO.|
| CC 91-247.   on parole (active)                                |
|                                                                |
|                                 [signature] Melissa Rittenour  |
|                                 MELISSA RITTENOUR (CC)         |
|         146853P                 08/22/2003                     |
|         BCCF                                                   |
|---------------------------------------------------------------|
  OPERATOR: DBH
  PREPARED: 08/22/2003
```

ENTERED TE[...]
DATE 8/28/03  CL                                    AUG 25 2003

```
ORM C-80                    STATE OF ALABAMA              DATE: 02/15/2005 A
                         DEPARTMENT OF CORRECTIONS
20050215-387              RECEIPT OF RELEASED CONVICT                 CBR201
```

INSTITUTION: BIBB COUNTY CORRECTIONAL FAC.       DATE RELEASED: MAR 19, 2005

NAME: MOORE, RODERICK LEONANDRA                  SERIAL NUMBER: 00146853P

COUNTY COMMITTED FROM: MONTGOMERY                DATE COMMITTED: JUL 07, 2003

HOW RELEASED: ACT 754 ON PROBATION

REMARKS:
RESTITUTION OWED/COURT COSTS:    $250.00 CONTACT CIRCUIT COURT CLERK

PMOO θ

RECEIVED FROM WARDEN: _Cheryl Price_          DOLLARS: 23.50
IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:    02 YR.   00 MO.   $  10.00

BUS FARE TO: _B'ham_                     $  13.50

1 DAY TRAVEL — — — — — — — — — — —  $   —0—

1 OUTFIT CLOTHING — — — — — — — — —  $   —0—

            TOTAL — — — — — — — — — — $ 23.50

            SIGNED   _Roderick Moore_

            WITNESS  _John H. Huth CoII_

            WITNESS  _R. [illegible] CoII_

DETAINER/WARRANT
RECEIPT SIGNATURE

* NOTE: ALL SIGNATURES MUST BE MADE IN INK. *

END OF PAGE 01 OF 01 PAGES

# STATE OF ALABAMA

## BOARD OF PARDONS AND PAROLES
Montgomery, Alabama 36130

05/31/05
Date

## DECLARATION OF DELINQUENCY

TO THE DEPARTMENT OF CORRECTIONS:

Roderick Leonandra Moore                              NUMBER  146,853A

who has heretofore been paroled, having this day been declared delinquent, you are directed to take said parolee into custody pending revocation hearing.

VIOLATION OF CONDITION NUMBER:

#7 - New Offense - Burglary Of A Business

STATE BOARD OF PARDONS AND PAROLES

By: _[signature]_
Executive Director  W.C.S

Distribution:
Original – Bd. File
Field Office – Birmingham – Belcher
Dept. of Corrections
Control Book

CO Form 011 (rev. 10-04)

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                              MONTGOMERY COUNTY
                              TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                        51-15
                                              CC 1994 002670.00 01
                                              EUGENE W. REESE
|------------------------------------------------------------------|
| CIRCUIT COURT OF MONTGOMERY COUNTY   | COURT ORI: 003045 J       |
|------------------------------------------------------------------|
| STATE OF ALABAMA       VS.           |                           |
| MOORE RODERICK          ALIAS:       | DC NO:    0000 000000.00  |
| MONTG. CBF              ALIAS:       | G J:      115             |
| P.O. BOX 75                          | SID:      000972734       |
| MT. MEIGS  AL  00000                 | AIS:      146853A         |
|------------------------------------------------------------------|
| DOB: 07/24/1964  SEX: M  HT: 6 01  WT: 185  HAIR: BLK  EYE: BRO  |
| RACE: ( )W (X)B ( )O  COMPLEXION: ___ AGE: ___  FEATURES: ___    |
|------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 11/23/1994  ARREST ORI:   |
|------------------------------------------------------------------|
| CHARGES @ CONV       CITES       CT CL  COURT ACTION   CA DATE   |
| ESCAPE 2ND DEGREE   13A-010-032  01 C   GUILTY PLEA    02/15/1995|
|        422C                      00                    00/00/0000|
|                                  00                    00/00/0000|
|------------------------------------------------------------------|
| JUDGE: EUGENE W. REESE  0319    PROSECUTOR: MAYER JOHN WILLIAM   |
|------------------------------------------------------------------|
| PROBATION APPLIED  GRANTED DATE   REARRESTED DATE  REVOKED DATE  |
| ( )Y( )N _____     ( )Y( )N _____ ( )Y( )N _____  (X)Y( )N 07122005|
|------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975  IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT|
| ( )Y (X)N  CONFINEMENT:  15 00 000  00 00 000  15 00 000  00 00 000|
|            PROBATION  :  00 00 000             00 00 000    730    |
| DATE SENTENCED: 03/09/1995   SENTENCE BEGINS: 07/12/2005         |
|------------------------------------------------------------------|
| PROVISIONS         730    COSTS/RESTITUTION      DUE    ORDERED  |
|                                                                  |
|   PENITENTIARY            RESTITUTION          $0.00     $0.00   |
|   CONCURR SENT            ATTORNEY FEE       $150.00   $150.00   |
|   HABITUAL OFDR           CRIME VICTIMS       $50.00    $50.00   |
|                           COST               $200.00   $200.00   |
| 7-12-05                   FINE                 $0.00     $0.00   |
| 2-07-03                   MUNICIPAL FEES       $0.00     $0.00   |
|     AMENDED TRANSCRIPT    DRUG FEES            $0.00     $0.00   |
|                           ADDTL DEFENDANT      $0.00     $0.00   |
| served an split           DA FEES              $0.00     $0.00   |
|                           COLLECTION ACCT      $0.00     $0.00   |
| Amendment                 JAIL FEES            $0.00     $0.00   |
|                           TOTAL              $400.00   $400.00   |
|------------------------------------------------------------------|
| APPEAL DATE    SUSPENDED      AFFIRMED         REARREST          |
| ( )Y( )N ___   ( )Y( )N ___   ( )Y( )N ___    ( )Y( )N ___       |
|------------------------------------------------------------------|
| REMARKS:                  THIS IS TO CERTIFY THAT THE            |
|                           ABOVE INFORMATION WAS EXTRACTED        |
|                           FROM OFFICIAL COURT RECORDS            |
|                           AND IS TRUE AND CORRECT.               |
| PROBATION REVOKED. CASE TO RUN CC WITH ANY OTHER CASE DEFT IS SERVING|
| ON NOW. TO RECEIVE CREDIT ON THIS SENT FOR ALL TIME SERVED ON THIS   |
| SENT INCLUDING TIME SERVED ON THE SPLIT PORTION.                 |
|                                      Melissa Rittenour           |
|                                      MELISSA RITTENOUR(CC)       |
|                                                                  |
| 146853A Rcc                          08/05/2005                  |
|------------------------------------------------------------------|
OPERATOR: REG
PREPARED: 08/05/2005
```

Entered Terminals
8/18/05  by  [signature]  AUG 18 2005
DATE

```
CBR716-2                    ALABAMA DEPARTMENT OF CORRECTIONS
                            INMATE SUMMARY AS OF 03/16/2006              CODE: CRSJM

******************************************************************************

AIS: 00146853A   INMATE: MOORE, RODERICK LEONANDRA           RACE: B  SEX: M
INST: 037 - BIBB COUNTY CORRECTIONAL FAC.    DORM: 00   JAIL CR: 000Y 01M 13D
DOB: 07/24/1964  SSN: 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                       PREVIOUS AIS: P0050651
ALIAS: "TRAIN",                          ALIAS: LEON, RODERICK
ALIAS: MOORE, LENNANDR                   ALIAS: MOORE, LEON R
ALIAS: MOORE, LEON ROD                   ALIAS: MOORE, ROD

ADM DT: 06/07/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR       STAT: PAROLE REVOKED

CURRENT CUST: MED-9   CURRENT CUST DT: 10/27/2005  PAROLE REVIEW DATE: APR 2008

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV          CURRENT CLASS DATE:   02/22/1991
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT   CASE NO   CRIME                      JL-CR     TERM
JEFFERSON   10/18/90  N85303877 THEFT OF PROPERTY I        # 0531D 005Y 00M 00D CS
            COURT COSTS  : $0000184     FINES : $0000000    RESTITUTION : $0001618
JEFFERSON   10/18/90  N87001302 THEFT OF PROPERTY II       # 0531D 005Y 00M 00D CC
            COURT COSTS  : $0000184     FINES : $0000000    RESTITUTION : $0000025
JEFFERSON   02/22/91  N91000245 UNLAW BREAKING AND ENTERIN   0043D 020Y 00M 00D CC
            COURT COSTS  : $0000199     FINES : $0000000    RESTITUTION : $0000050
JEFFERSON   02/22/91  N91000245 THEFT OF PROPERTY I          0043D 020Y 00M 00D CC
                                ATTEMPT TO COMMIT
            COURT COSTS  : $0000223     FINES : $0000000    RESTITUTION : $0000050
JEFFERSON   02/22/91  N91000247 BURGLARY III                 0043D 020Y 00M 00D CC
            COURT COSTS  : $0000207     FINES : $0000000    RESTITUTION : $0000050
JEFFERSON   06/05/98  N98006083 RECV STOLEN PROPERTY I     # 0023D 015Y 00M 00D CC
            ATTORNEY FEES : $000350    HABITUAL OFFENDER : N
            COURT COSTS  : $0000223     FINES : $0000000    RESTITUTION : $0000050
MONTGOMERY  07/12/05  N94002570 ESCAPE II                    0073D 015Y 00M 00D CC
            ATTORNEY FEES : $000150    HABITUAL OFFENDER : Y
            COURT COSTS  : $0000200     FINES : $0000000    RESTITUTION : $0000050
JEFFERSON   06/02/05  N05004927 BURGLARY III                 0036D 003Y 00M 00D CC
                                3YRS PROBATION
            ATTORNEY FEES : $000300    HABITUAL OFFENDER : N
            COURT COSTS  : $0000269     FINES : $0000000    RESTITUTION : $0000250

 TOTAL TERM     MIN REL DT     GOOD TIME BAL    GOOD TIME REV    LONG DATE
 020Y 00M 00D   01/08/2011     000Y 00M 00D     000Y 00M 00D     01/08/2011

INMATE LITERAL:


                            CONTINUED ON NEXT PAGE
```

```
CBR716-2                ALABAMA DEPARTMENT OF CORRECTIONS
                        INMATE SUMMARY AS OF 03/16/2006                CODE: CRSUM
```

************************************ CONTINUATION ************************************

AIS: 00146853A    INMATE: MOORE, RODERICK LEONANDRA          RACE: B   SEX: M

****************************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CONVICTED ON 04/22/1988 FOR ESCAPE II

    INMATE CONVICTED ON 07/12/2005 FOR ESCAPE II

>ESCAPED FROM 137 ON 02/09/1988  RECAPTURED: 02/10/1988  RETURNED DT: 02/10/1988

PAROLED FRM  050:01/26/98 RVK:08/19/98 DELQ:06/15/98 RECAP:05/13/98 RTN:05/13/98

PAROLED FRM  037:07/07/03 RVK:06/20/05 DELQ:05/31/05 RECAP:04/29/05 RTN:04/29/05
****************************************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> CITATION: 12/25/2001                              CUST FROM MIN5 TO MIN5
     CITATION TYPE: BEHAVIOR CITATION    AT INST: 037    RULE NUMBER: 54
     RETAINED DAYS: 0000   SEQ #: 07   RULE LIT: POSSESSION OF CONTRABAND

  >> DISCIPLINE: 06/24/1999  TIME LOST: 00Y00M00D   CUST FROM MED5 TO MED5
     DISCIPLINE TYPE: MAJOR               AT INST: 037    RULE NUMBER: 92
     RETAINED DAYS: 0000   SEQ #: 06   RULE LIT: AID & ABETTING ANOTHER TO VIO. DO

  >> CITATION: 03/03/1997                              CUST FROM MED9 TO MED9
     CITATION TYPE: BEHAVIOR CITATION    AT INST: 040    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 05   RULE LIT: VIOLATION OF INSTIT. RULES OR REG

  >> DISCIPLINE: 09/27/1994  TIME LOST: 00Y00M00D   CUST FROM COM9 TO COM9
     DISCIPLINE TYPE: MAJOR               AT INST: 013    RULE NUMBER: 90
     RETAINED DAYS: 0000   SEQ #: 04   RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

  >> DISCIPLINE: 09/27/1994  TIME LOST: 00Y00M00D   CUST FROM COM9 TO COM9
     DISCIPLINE TYPE: MAJOR               AT INST: 013    RULE NUMBER: 47
     RETAINED DAYS: 0000   SEQ #: 03   RULE LIT: ESCAPE WITHOUT FORCE

  >> DISCIPLINE: 09/27/1994  TIME LOST: 00Y00M00D   CUST FROM COM9 TO COM9
     DISCIPLINE TYPE: MAJOR               AT INST: 013    RULE NUMBER: 86
     RETAINED DAYS: 0000   SEQ #: 02   RULE LIT: BEING FIRED FROM JOB

  >> DISCIPLINE: 08/02/1991  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
     DISCIPLINE TYPE: MAJOR               AT INST: 024    RULE NUMBER: 44
     RETAINED DAYS: 0000   SEQ #: 01   RULE LIT: THREATS