IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, <br> AIS#146853 <br> Plaintiff, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     2:05-CV-1203-MHT <br> ) <br> ) <br> ) |
| KATHY HOLT, et al., <br> Defendants. | ) <br> ) |

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Cheryl Price who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Cheryl Price. I am currently employed with the Alabama Department of Corrections as a Correctional Warden III at Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama 35034.

In the complaint inmate Roderick Moore, AIS#146853, alleges that he saw me for release; that I stopped him and advised him that I received an order from Alabama Department of Correction (ADOC) Legal Division of Central Records; and that per Mrs. Kathy Holt his release was cancelled. I categorically deny these allegations.

Inmates do not dress out and come to me for release. My only function in their release is the signing of the required paperwork and checks, which is not done in the presence of the inmate. I did not tell inmate Moore that I received an order to stop his release. It should be noted that Central Records does not have a legal division. I have no knowledge of the allegations presented within this complaint.

DEFENDANT'S EXHIBIT 3

This statement is true and correct. At no time did I violate the constitutional rights of inmate Roderick Moore.

_____
Cheryl Price, Warden III

SWORN TO AND SUBSCRIBED before me this 22nd day of March 2006

_____
Rita Breland
NOTARY PUBLIC

October 5, 2009
My Commission Expires