IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE,<br>AIS#146853<br>Plaintiff, | )<br>)<br>)<br>) |
| | )           2:05-CV-1203-MHT |
| KATHY HOLT, et al.,<br>Defendants. | )<br>)<br>)<br>) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Barbara Howard who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Barbara Howard. I am currently employed with the Alabama Department of Corrections as a Classification Specialist at Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama 35034.

Inmate Roderick Leonandra Moore, AIS#146853, alleges that DOC Officials forced him to twice serve the two-year portion of a split sentence imposed upon him for escape by the Circuit Court of Montgomery County, Alabama on March 9, 1995. This allegation is not correct.

On January 5, 2006, in a personal interview with inmate Moore, inmate Moore inquired about his jail credit. I informed inmate Moore that according to the transcript he was not given any jail credit on the Escape II conviction. I further advised inmate Moore that he needed to write the court for any corrections pertaining to possible jail credit. During this personal interview I also obtained information from inmate Moore to complete his escape sheet that is maintained in his institutional file.

DEFENDANT'S EXHIBIT 4

At no time did I make the statements inmate Moore is alleging in this civil suit. This statement is true and correct to the best of my knowledge. My actions were within the course and scope of my duties as a Classification Specialist. At no time did I violate the constitutional rights of inmate Roderick Moore.

_____
Barbara Howard, Classification Specialist

SWORN TO AND SUBSCRIBED before me this 7th day of March 2006

_____
Rita Breland
NOTARY PUBLIC

_____
October 5, 2009
My Commission Expires