IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, <br> AIS #146853, <br><br> Plaintiff, <br><br> vs. <br><br> KATHY HOLT, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:05-CV-1203 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT

STATE OF ALABAMA        X
                        X
MONTGOMERY COUNTY       X

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Richard Allen, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Richard Allen. I am presently employed as Commissioner of the Alabama Department of Corrections. I am over twenty-one (21) years of age.

I do not know the Plaintiff in this matter and to my knowledge have not had any contact with him. As Commissioner, I do not control the daily operation of Bibb Correctional Facility or other various institutions of the Department, and had no involvement in the alleged incident.



DEFENDANT'S EXHIBIT 5

<u>RODERICK LEONANDRA MOORE, AIS #146853</u>
<u>CIVIL ACTION NO.   2:05-CV-1203-MHT</u>

Page 2

    I deny that I have violated the Plaintiff's constitutional rights in any way.

*[signature]*
Richard Allen
Commissioner

SWORN TO AND SUBSCRIBED before me this 17th day of March, 2006.

*[signature: Kay P. Hope]*
NOTARY PUBLIC
MY COMMISSION EXPIRES   3/31/08