IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In this 42 U.S.C. § 1983 action, Roderick Leonandra Moore ["Moore"] challenges the constitutionality of his confinement from July of 2003 until March 19, 2005. Specifically, Moore argues that during this time period he was forced to twice serve the mandatory 2-year term of imprisonment of a 1995 split sentence. Upon review of the special report filed by the defendants on April 7, 2006 (Court Doc. No. 19), and as the defendants fail to adequately advise of the basis for plaintiff's incarceration from July of 2003 until March 19, 2005, it is

ORDERED that on or before April 24, 2006 the defendants shall file a supplemental special report which addresses the sentence on which Moore was incarcerated for the aforementioned time period.

DONE, this 12th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE