IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Roderick Leonandra Moore, AIS No. 146853 )<br>Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 2:05-CV-1203-MHT |
| ) | |
| Kathy Holt, et al. ) | |
| Defendant ) | |

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street, Montgomery, Alabama 36104.

This is to certify that Inmate Roderick Leonandra Moore AIS No. 146853 was paroled on January 26, 1998 by the Alabama Board of Pardons and Parole. At that time Inmate Moore was serving a consecutive split and it was the practice of the Alabama Board of Pardons and Parole to parole inmates with consecutive split sentences. Inmate Moore was recaptured May 13, 1998, declared delinquent on June 15, 1998 and revoked from parole on August 19, 1998.

In approximately 2002, the Alabama Board of Pardons and Parole established a procedure for paroling inmates that were sentenced to consecutive split sentences. The procedure was to parole an inmate serving a consecutive split sentence to the Alabama Department of Corrections in order to complete the imposed term of the consecutive split sentence.

Therefore, Inmate More was paroled to the Alabama Department of Corrections on July 7, 2003 to serve his consecutive split sentence.

KATHY HOLT
Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 30th DAY OF DECEMBER 2005

KIMBERLY WHITNEY, NOTARY PUBLIC
State of Alabama at Large
My Commission Expires October 27, 2009

cc:   ICRF                               TO:   Tara Knee, Legal Division



DEFENDANT'S EXHIBIT A