IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the special reports filed by the defendants, and for good cause, it is

ORDERED that on or before May 1, 2006 the defendants shall file a supplemental special report which addresses the impact, if any, that the sentencing court's August 22, 2003 amendment of the 1995 sentence to run concurrent with the 1991 sentence had on the sentence served by the plaintiff from July 7, 2003 until March 19, 2005.

DONE, this 24th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE