In The United States District for the Middle District of Alabama Northern Division.

Roderick L Moore,
    Plaintiff

V.

Kathy Holt et al.,
    Defendants

Case # 2:05-CV-1203 MHT

## Motion for Extension of Time

Come now the Plaintiff in the above style and cause moves this honorable court with a motion for Extension of time for good cause herein stated.

The Plaintiff ask this Honorable for an extension of time for the cause of securing evidents that is pertinent to his claim.

Done this the 7th of May 2003

Respectfully Submitted
Roderick Moore
RODERICK MOORE

Done this the 7th of May 2003

Respectfully Considered
& Submitted
*Roderick Moore*
Roderick L. Moore

Certificate of Service

I certify that I have sent a copy of the foregoing to the following by way of certify mail.
Done this the 7th of May 2003

Respectfully Submitted
*Roderick Moore*
Roderick L. Moore

Fara S. Knee Asst Atny Gen Counsel
Kim T Thomas, Deputy Atny Gen Counsel
301 South Ripley Street
PO Box 301501
Monty, Al 36130-1501