In The United States District Court for The Middle District Alabama Northern Division

Roderick L. Moore
AIS #146853
Plaintiff

CASE ACTION # 2:05-CV-1203-MHT

V.

Kathy Holt et al.
Defendant

Request for Production of Documents pursuant to Rule 34. F.R.C.P.

Come now the Plaintiff Roderick L. Moore in the above style and cause moves this honorable court with a Request for Production of Documents pursuant to Rule 34 of F.R.C.P for good cause here in stated.

1. The Plaintiff request to inspect, copy or obtain by way of Production of documents relevant to the facts in his claim(s)

Namely the Parole Board Hearing Date and Transcript of hearing pertinent to the month of June of 2003.

Wherefore all premises considered, the Plaintiff prays that this honorable will grant this request for the good cause shown.

Done this the 7th of May 2003

Respectfully Considered & Submitted
Roderick Moore
Roderick L. Moore

Certificate of Service

I certify that I have sent a copy of the foregoing to the following by way of certify mail.
Done this the 7th of May 2003

Respectfully Submitted
Roderick Moore
Roderick L. Moore

Fara S. Knee Asst Atty Gen Counsel
Kim T Thomas, Deputy Atty Gen Counsel
301 South Ripley Street
PO Box 301501
Monty, Al 36130-1501