IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the request for production of documents filed by the plaintiff on May 9, 2006 (Court Doc. No. 26), which the court construes to contain a motion for leave to conduct discovery, and as the documents sought by the plaintiff are irrelevant to a determination of the issue presented in this case, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 10th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE