IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the motion for extension of time filed by the plaintiff on May 9, 2006 (Court Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from May 22, 2006 to and including June 1, 2006 to file a response to the defendants' special reports in compliance with the order entered on May 2, 2006.

DONE, this 10th day of MAy, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE