In the United States Court for the Northern District of Ala. Middle District.

Roderick Leonandra Moore
Plaintiff

v.

Kathy Holt, Et Al.
Defendants

Civil Action #2:05-CV-1203 MHT
[WO]

Motion to Admen and Supplement Request for Production of Document Pursuant Rule 34. F.R.C.P.

Comes Now the Plaintiff Roderick L Moore in the above style and cause moves this honorable court with a motion to Admen And Supplement Request for Production of Document Pursuant to Rule 34 F.R.C.P. for good reasons herein stated.

The Plaintiff request in addition to inspect and or copy the Interview Recommendation Report done by Parole Officer Lallet for the Division of West Jefferson Donaldson Corr. Fac. As regional agent for the Ala Pardon & Parole Board. for the month of Oct 95.

Done this the 9th of May 2006

Respectfully Submitted
Roderick Moore
Roderick L. Moore

Certificate of Service

I certify that I have sent a copy of the foregoing by way of certified mail to the following.
Did this the 9th of May of 2006

Respectfully Submitted
Roderick Moore

Kim T. Thomas Deputy Atty Gen.  Roderick Moore
Tara S. Knee Assistant Atty Gen.
301 S. Ripley Street
P.O. Box 301501
Montg, Ala 36130