IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONANDRA MOORE, ) | |
| AIS #146853, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1203-MHT |
| ) | |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion to amend and supplement request for production of documents filed by the plaintiff on May 11, 2006 (Court Doc. No. 29), and as the documents sought by the plaintiff in such motion and requested supplement are not relevant to a determination of the issue presented in this case, it is

ORDERED that the motion to amend and supplement be and is hereby DENIED.

DONE, this 17th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE