..SSION – PASSPORT

```
OC01        ON-LINE CASE ACTIO. N SUMMARY COUNTY: 03 MONTGOMERY OFFICE: 1      OCSOC01

CASE NUMBER: CC 1994 002670    0   TRANS DATE/TIME: 00000000 0000    JID: EWR
  STYLE/NAME: STATE OF ALABAM    VS  MOORE RODERICK
                                                                    PC PRNTR: N
-----------------------------------------------------------------------------
ACT   DATE      CODE |-------------------- COMMENTS --------------------|  OPE
-----------------------------------------------------------------------------
    03091995 0805 BEGN SENTENCE TO BEGIN ON:    03/09/95
    03091995 0815 SNTD DEFENDANT SENTENCED ON: 03/09/95                    DOD
    03091995 0822 SETO IMPOSED CONFINEMENT OF:                             DOD
    03091995 0841 SESU SUSPENDED CONFINEMENT           02Y 00M 000D        DOD
    03091995 0848 SETL TOTAL CONFINEMENT OF:           13Y 00M 000D        DOD
    03091995 0855 SEPR PROBATION OF:                   15Y 00M 000D        DOD
    03091995 0911 PROV PROVISION ADDED: COURT COSTS    03Y 00M 000D        DOD
    03091995 0912 PROV PROVISION ADDED: CRIME VICTIM                       DOD
    03091995 0914 PROV PROVISION ADDED: RECOUPMENT                         DOD
    03091995 0922 PROV PROVISION ADDED: PENITENTIARY                       DOD
    03091995 1001 PROV PROVISION ADDED: HABITUAL OFFENDER                  DOD
    03091995 1016 PROV PROVISION ADDED: SPLIT SENTENCE                     DOD
    03091995 1024 JLCD JAIL CREDIT GRANTED IN AMOUNT OF:  00Y 00M 107D     DOD
-----------------------------------------------------------------------------
*** "C"-CHANGES/"D"-DELETES/"A"-ADDS ENTRIES IN THE CASE ACTION SUMMARY ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FPM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```



3-9-95

Rec'd 3-10-95

✓

Comp

Sentencing was held this date. State and Defendant waive Presentence Investigation Report. State's Motion to Invoke Habitual Felony Offender Act **GRANTED** with Defendant stipulating on three prior felony convictions. The Court, having asked the Defendant if he had anything to say as to why sentence of law should not now be pronounced against him, and the Defendant saying nothing, pursuant to plea agreement, he is sentenced to the Department of Corrections for 15 year. Pursuant to Split Sentence Act 15-year sentence suspended conditioned upon Defendant serving 2 years in the Department of Corrections followed by 3 years supervised probation with terms and conditions to be set prior to Defendant's release from incarceration. Defendant ordered to pay Court costs, attorney's fees of $150, and $50 to Victims' Compensation Fund. One-half of any monies to which Defendant may become entitled while incarcerated to be applied toward satisfaction of these amounts. Defendant advised of right to appeal.

_EUGENE REESE_

8-19-03

Rec'd 8-19-03

✓

Sentence in this case to run concurrently with Jefferson Co. sentence in CC-91-247. Amended transcript to D.O.C.

_Eugene W Reese_

7-12-05

Rec'd -12-05 /4-05

E. W Reese

Circuit Judge

Comp

Δ appeared before the Court for delinquency hearing after transport from Kilby. Stacy Reed appointed to represent Δ. Δ waives further notice of violations & admits violation that he has a new Burglary charge that he has plead guilty to in Jefferson County as well as a pending parole revocation. Based on his admission & new conviction the Court finds he has violated conditions of probation by failing to refrain from illegal activity. Probation Revoked - 15 yr sentence put into effect to run concurrently with all other cases he is serving. Δ to receive credit on this sentence for all time served on this sentence including time served on the split portion. Amended transcript to D.O.C. Right to Appeal...

```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS           C109C
                             INMATE SUMMARY AS OF 07/01/2005             INST:    01
                                                                        CODE: CRSUM
 *****************************************************************************

  AIS: 00146853A    INMATE: MOORE, RODERICK LEONANDRA
                                                        RACE: B  SEX: M
  INST: 017 - RCC
                                         DORM:  00  JAIL CR: 000Y 01M 13D
  DOB: 07/24/1964   SSN: 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
  ALIAS: "TRAIN",                                   PREVIOUS AIS: P0050651

  ALIAS: MOORE, LENNANDR              ALIAS: LEON, RODERICK

  ALIAS: MOORE, LEON ROD              ALIAS: MOORE, LEON R

  ADM DT: 06/07/2005 DEAD TIME: 000Y 00M 00D   ALIAS: MOORE, ROD

  ADM TYP: NEW COMIT FROM CRT W/REV OF PR        STAT: RECAPTURED

  CURRENT CUST: P9P-V    CURRENT CUST DT: 04/29/2005  PAROLE REVIEW DATE: JUN 2006

  SECURITY LEVEL: (4) FOUR
  SERVING UNDER ACT446 LAW IN PAROLE VIO
  INMATE IS EARNING : AT3R PROHIBITED FROM EARNING GOO  CURRENT CLASS DATE:   02/22/1991

  COUNTY       SENT DT  CASE NO  CRIME                      JL-CR      TERM
  JEFFERSON   10/18/90 N86003877 THEFT OF PROPERTY I       * 0531D 005Y 00M 00D CS
              COURT COSTS   : $0000184    FINES : $0000000   RESTITUTION : $0001618
  JEFFERSON   10/18/90 N87001802 THEFT OF PROPERTY II      * 0531D 005Y 00M 00D CC
              COURT COSTS   : $0000184    FINES : $0000000   RESTITUTION : $0000025
  JEFFERSON   02/22/91 N91000245 UNLAW BREAKING AND ENTERIN  0043D 020Y 00M 00D CC
              COURT COSTS   : $0000199    FINES : $0000000   RESTITUTION : $0000050
  JEFFERSON   02/22/91 N91000246 THEFT OF PROPERTY I        0043D 020Y 00M 00D CC
                                  ATTEMPT TO COMMIT
  JEFFERSON   02/22/91 N91000247 BURGLARY III              RESTITUTION : $0000050
              COURT COSTS   : $0000223    FINES : $0000000   0043D 020Y 00M 00D CC
  JEFFERSON   06/05/98 N98006083 RECV STOLEN PROPERTY I    RESTITUTION : $0000050
              COURT COSTS   : $0000207    FINES : $0000000  * 0023D 015Y 00M 00D CC
              ATTORNEY FEES : $000350   HABITUAL OFFENDER : N
  MONTGOMERY  07/07/03 N94002670 ESCAPE II       FINES : $0000000   RESTITUTION : $0000050
              COURT COSTS   : $0000223                      * 0107D 002Y 00M 00D CC
                                 PROBATION UNDETERMINED
  JEFFERSON   06/02/05 N05004927 BURGLARY III    FINES : $0000000   RESTITUTION : $0000050
              COURT COSTS   : $0000000                       0036D 003Y 00M 00D CC
                                 3YRS PROBATION
              ATTORNEY FEES : $000300   HABITUAL OFFENDER : N
              COURT COSTS   : $0000269    FINES : $0000000
  TOTAL TERM                                                 RESTITUTION : $0000250
  20Y 00M 00D    MIN REL DT     GOOD TIME BAL     GOOD TIME REV
                 01/08/2011     000Y 00M 00D      000Y 00M 00D     LONG DATE
  NMATE LITERAL:                                                   01/08/2011
```

CONTINUED ON NEXT PAGE

CBR 716-3

```
ALABAMA DEPARTMENT OF CORRECTIONS          INST:   017
    INMATE SUMMARY AS OF 07/01/2005          CODE: CRSUM
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   CONTINUATION   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00146853A    INMATE: MOORE, RODERICK LEONANDRA       RACE: B   SEX: M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESCAPEE-PAROLE SUMMARY

    INMATE CONVICTED ON 04/22/1988 FOR ESCAPE II

    INMATE CONVICTED ON 07/07/2003 FOR ESCAPE II

>ESCAPED FROM 137 ON 02/09/1988  RECAPTURED: 02/10/1988  RETURNED DT: 02/10/1988

>PAROLED FRM  050:01/26/98 RVK:08/19/98 DELQ:06/15/98 RECAP:05/13/98 RTN:05/13/98

>PAROLED FRM  037:07/07/03 RVK:06/20/05 DELQ:05/31/05 RECAP:04/29/05 RTN:04/29/05
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

    >> CITATION: 12/25/2001                         CUST FROM MIN5 TO MIN5
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 037     RULE NUMBER: 64
    RETAINED DAYS: 0000    SEQ #: 07    RULE LIT: POSSESSION OF CONTRABAND

    >> DISCIPLINE: 06/24/1999  TIME LOST: 00Y00M00D    CUST FROM MED5 TO MED5
       DISCIPLINE TYPE: MAJOR                   AT INST: 037     RULE NUMBER: 92
       RETAINED DAYS: 0000   SEQ #: 06    RULE LIT: AID & ABETTING ANOTHER TO VIO. DO

    >> CITATION: 03/03/1997                         CUST FROM MED9 TO MED9
       CITATION TYPE: BEHAVIOR CITATION        AT INST: 040     RULE NUMBER: 85
    RETAINED DAYS: 0000    SEQ #: 05    RULE LIT: VIOLATION OF INSTIT. RULES OR REG

    >> DISCIPLINE: 09/27/1994  TIME LOST: 00Y00M00D    CUST FROM COM9 TO COM9
       DISCIPLINE TYPE: MAJOR                   AT INST: 013     RULE NUMBER: 90
       RETAINED DAYS: 0000   SEQ #: 04    RULE LIT: UNDER INFLUENCE OF ALCOHOL OR NAR

    >> DISCIPLINE: 09/27/1994  TIME LOST: 00Y00M00D    CUST FROM COM9 TO COM9
       DISCIPLINE TYPE: MAJOR                   AT INST: 013     RULE NUMBER: 47
       RETAINED DAYS: 0000   SEQ #: 03    RULE LIT: ESCAPE WITHOUT FORCE

    >> DISCIPLINE: 09/27/1994  TIME LOST: 00Y00M00D    CUST FROM COM9 TO COM9
       DISCIPLINE TYPE: MAJOR                   AT INST: 013     RULE NUMBER: 86
       RETAINED DAYS: 0000   SEQ #: 02    RULE LIT: BEING FIRED FROM JOB

    >> DISCIPLINE: 08/02/1991  TIME LOST: 00Y00M00D    CUST FROM MED9 TO MED9
       DISCIPLINE TYPE: MAJOR                   AT INST: 024     RULE NUMBER: 44
       RETAINED DAYS: 0000   SEQ #: 01    RULE LIT: THREATS
```

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Roderick Leonandra Moore, AIS No. 146853
Plaintiff                              )
                                       )
        vs.                            )
                                       )
Kathy Holt, et al.                     )        CASE NO. 2:05-CV-1203-MHT
        Defendant                      )
                                       )
                                       )
                                       )

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared one Kathy Holt, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Kathy Holt. I am presently employed by the State of Alabama, Department of Corrections, as Correctional Records Director, 301 South Ripley Street, Montgomery, Alabama 36104.

This is to certify that Inmate Roderick Leonandra Moore AIS No. 146853 was paroled on January 26, 1998 by the Alabama Board of Pardons and Parole. At that time Inmate Moore was serving a consecutive split and it was the practice of the Alabama Board of Pardons and Parole to parole inmates with consecutive split sentences. Inmate Moore was recaptured May 13, 1998, declared delinquent on June 15, 1998 and revoked from parole on August 19, 1998.

In approximately 2002, the Alabama Board of Pardons and Parole established a procedure for paroling inmates that were sentenced to consecutive split sentences. The procedure was to parole an inmate serving a consecutive split sentence to the Alabama Department of Corrections in order to complete the imposed term of the consecutive split sentence.

Therefore, Inmate More was paroled to the Alabama Department of Corrections on July 7, 2003 to serve his consecutive split sentence.

_____
KATHY HOLT
Director of Records

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE 30th DAY OF DECEMBER 2005

_____
KIMBERLY WHITNEY, NOTARY PUBLIC
State of Alabama at Large
My Commission Expires October 27, 2009

cc:    ICRF

TO:    Tara Knee, Legal Division

