```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000298
Cashier ID: cstrecke
Transaction Date: 09/05/2007
Payer Name: BIBB COUNTY CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: RODERICK LEONANDRA MOORE
 Case/Party: D-ALM-2-05-CV-001203-001
 Amount:         $5.00
-----------------------------------
CHECK
 Remitter: BIBB COUNTY CORRECTINAL FACILI
 Check/Money Order Num: 8539
 Amt Tendered:    $5.00
-----------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00
```

DALM2:05CV001203-MHT

RODERICK L MOORE

BIBB COUNTY CORRECTIONAL FACILITY

565 BIBB LANE
BRENT, AL  35034