IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

RODERICK LEONANDRA MOORE #146853,

    Plaintiff,

v.

KATHY HOLT, et al.,

    Defendants,

CASE NO. 2:05-CV-1203-MHT

### CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Donal Campbell</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

12/17/2007
Date

/s/ Tara S. Knee
(Signature)

**Tara S. Knee**
(Counsel's Name)

Campbell, Price, Holt, and Howard
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODERICK LEONANDRA MOORE #146853,

    Plaintiff,

v.

KATHY HOLT, et al.,

    Defendants,

CASE NO. 2:05-CV-1203-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Cheryl Price, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/17/2007
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Campbell, Price, Holt, and Howard
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>            DIVISION

RODERICK LEONANDRA MOORE #146853,  )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )    CASE NO. <u>2:05-CV-1203-MHT</u>
                                   )
KATHY HOLT, et al.,                )
                                   )
        Defendants,                )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Kathy Holt</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party
_____                      _____
_____                      _____
_____                      _____

<u>12/17/2007</u>                           /s/ Tara S. Knee
Date                                  (Signature)

                                      Tara S. Knee
                                      (Counsel's Name)

                                      Campbell, Price, Holt, and Howard
                                      Counsel for (print names of all parties)
                                      P.O. Box 301501
                                      Montgomery, AL 36130
                                      Address, City, State Zip Code
                                      334-353-3881
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODERICK LEONANDRA MOORE #146853,

Plaintiff,

v.   CASE NO. 2:05-CV-1203-MHT

KATHY HOLT, et al.,

Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Barbara Howard, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

12/17/2007
Date

/s/ Tara S. Knee
(Signature)

Tara S. Knee
(Counsel's Name)

Campbell, Price, Holt, and Howard
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3881
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Tara S. Knee, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of December 20 07, to:

Inmate Roderick Leonandra Moore

AIS # 146853

Bibb County Correctional Facility

565 Bibb Lane

Brent, AL 35034

---

12/17/2007
Date

/s/ Tara S. Knee
Signature