```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003322
Cashier ID: cstrecke
Transaction Date: 01/14/2008
Payer Name: BIBB COUNTY CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: RODERICK LEONANDRA MOORE
 Case/Party: D-ALM-2-05-CV-001203-001
 Amount:         $16.00
-----------------------------------
CHECK
 Remitter: BIBB CORRECTIONAL FAC
 Check/Money Order Num: 8819
 Amt Tendered:   $16.00
-----------------------------------
Total Due:       $16.00
Total Tendered:  $16.00
Change Amt:      $0.00

DALM205CV1203-T
```