3/13/08

Debra P. Hackett, Clerk

My name is Roderick Leonandra Moore, I'm writing to let the Court know that I have a new address and I would like to have all mail forward to my new address. Which is (P.O. Box 8. Elmore, Ala. 36025)

Thank you very much,

Roderick Moore
#14853

RECEIVED
2008 MAR 18 A 9:21
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05cv 1203-MHT

Roderick L. Moore #146853
P.O. Box 8
Elmoore, ALA 36025
(B-2-76B)

(Legal Mail only)

DEBRA P. Hackett, CLERK
MIDDLE District of ALABAMA
Office of the Clerk
P.O. Box 711
Montgomery, ALA 36101-0711

36101+0711-11 E007