IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK LEONDRA MOORE, AIS#146853, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:05cv1203-MHT ) |
| KATHY HOLT, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On July 3, 2008 (Doc. # 36), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

(1)    The recommendation of the magistrate judge (Doc. # 36) is adopted.

(2)    The defendants' motions for summary judgment (Doc. ## 19, 21, & 23) are granted.

(3)    The costs of this proceeding are taxed against the plaintiff, for which execution may issue.

DONE, this the 25th day of July, 2008.

         /s/ Myron H. Thompson         
UNITED STATES DISTRICT JUDGE